BENJAMIN B. WAGNER
UNITED STATES Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br><br>KIMBERLY ANN MONTERO,<br>          Defendant. | MAG. NO.  11-008-EFB<br><br>MOTION TO DISMISS COMPLAINT<br>AND ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 11-008-EFB, against defendant MONTERO.

DATED: 9/21/11                              BENJAMIN WAGNER
                                            UNITED STATES ATTORNEY

                                       By   /s/Michelle Rodriguez
                                            MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 11-008-EFB against defendant MONTERO is GRANTED.

DATED: September 22, 2011

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE